IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Noelle Fluke, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No.  11 C 8653 |
| NCO Financial Systems, Inc., a Pennsylvania corporation, | ) ) ) | Judge Chang |
|     Defendant. | ) ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant with prejudice.

Dated: January 13, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 13, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on January 13, 2012, by 5:00 p.m.

NCO Financial Systems, Inc.
c/o James K. Schultz
Sessions, Fishman & Nathan, LLP
55 W. Monroe Street
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com